UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G COLLINS, | Case No. 21-cv-00332-SVK |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| COUNTY OF MONTEREY, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Nathanael Cousins for consideration of whether the case is related to *Collins v. County of Monterey,* Case No. 19-cv-1214-NC.

**SO ORDERED.**

Dated: April 29, 2021

SUSAN VAN KEULEN
United States Magistrate Judge